**Dismissed and Opinion Filed January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01038-CR

### THE STATE OF TEXAS, Appellant

### V.

### SATAURUS JOE JACKSON, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80926-2012**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans

Appellant the State of Texas has filed a motion to dismiss its appeal. The motion is signed by counsel for the State. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
131038F.U05